DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

AUDREY B. HEMESATH (CABN 212757))
Special Assistant United States Attorney
MICHAEL A. RODRIGUEZ (NYBN 4938262)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (916) 554-2729
    FAX: (415) 436-7027
    Audrey.Hemesath@usdoj.gov
    Michael.Rodriguez@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-368 CRB |
| Plaintiff, | MODIFIED STIPULATION AND [PROPOSED] ORDER |
| v. | |
| ABHIJIT PRASAD, | |
| Defendant. | |

    The United States respectfully advises that defendant Abhijit Prasad was hospitalized over the weekend, with a diagnosis of myocardial infarction (heart attack), resulting in the placement of stents. Prasad has returned to FCI Lompoc (Camp), and his BOP medical records indicate that he reports feeling better.  BOP medical records also note a list of Prasad's new medications.

    Meanwhile, Prasad has been designated by the BOP to serve the remainder of his sentence on home confinement.  His BOP records indicate a date of August 20, 2020, for transfer to the residential reentry center for processing to home confinement.  The August 20 date accommodates a 14-day period of quarantine at the BOP before transfer.

1   Because Prasad has been designated to serve the remainder of his sentence on home
2   confinement, the parties hereby stipulate to continue the status conference to ~~August 21, 2020~~.  The
3   parties will provide a further status update on that date.   August 26, 2020 at 1:00 p.m.

Respectfully submitted,

Dated: July 21, 2020

David L. Anderson
United States Attorney

 */s/ Audrey B. Hemesath*
AUDREY B. HEMESATH
MICHAEL A. RODRIGUEZ
Assistant United States Attorneys

Dated: July 21, 2020

 */s/ Juliana Drous*
JULIANA DROUS
Attorney for Abhijit Prasad

Dated: July 21, 2020

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA