UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ABHIJIT PRASAD,<br>Defendant. | CASE NO. CR 18-0368 CRB<br>[~~PROPOSED~~] FINAL ORDER OF FORFEITURE |

On January 23, 2020, this Court entered a Preliminary Order of Forfeiture of Assets to be Applied Toward Defendant's Money Judgment, forfeiting the following property:

- $177,820.00 in U.S. Currency
- $130,000.00 in U.S. Currency;
- Proceeds from US Bank Check No. 3888508237 for $50,000.00 dated January 9, 2015, made payable to Abhijit Prasad;
- Proceeds from West Gate Bank Check No. 223067 for $8,323.00 from Ravi Makkapati dated December 12, 2015, made payable to Abhijit Prasad;
- Proceeds from Chase Bank Check No. 9439615735 for $4,550.00 from Jagdish Nargunde dated July 22, 2015, made payable to Abhijit Prasad; and

- Proceeds of Chase Bank Check No 9037112846 for $4,796.00 from Jagdish Nargunde dated July 22, 2015.

pursuant to Title 18, United States Code, Section 982 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and Title 21, United States Code, Section 853.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States and be applied against the $1,193,440.87 money judgment, pursuant to the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: August 13, 2026

HON. CHARLES R. BREYER
United States District Judge