United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,

Plaintiff,

v.

ABHIJIT PRASAD,

Defendant.

Case No. 18-cr-00368-CRB-1

**ORDER GRANTING REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL**

Good cause shown, Defendant Abhijit Prasad's request (dkt. 240) for leave to proceed in forma pauperis on appeal is **GRANTED**.

**IT IS SO ORDERED.**

Dated: August 28, 2026

CHARLES R. BREYER
United States District Judge